# EXHIBIT C
# 1:22-CV-00017



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Dec 9, 2021

**Server Name:** charles goodson

| Entity Served | WAL-MART STORES TEXAS, LLC |
|---|---|
| Case Number | d-1-gn-21-007022 |
| Jurisdiction | TX |



 **CT Corporation**

**Service of Process Transmittal**
12/09/2021
CT Log Number 540715335

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Texas

**FOR:** Wal-Mart Stores Texas, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: HARZ STEPHAN // To: Wal-Mart Stores Texas, LLC |
| **DOCUMENT(S) SERVED:** | Citation, Original Petition, Attachment(s) |
| **COURT/AGENCY:** | 250th Judicial District Court of Travis County, TX<br>Case # D1GN21007022 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 03/19/2020, Wal-Mart Supercenter #4554 located at 2525 W. Anderson Ln, Austin, TX 78757 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/09/2021 at 03:22 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Drew Stuart Gibbs<br>Gibbs & Crivelli, PLLC<br>3307 Northland Dr., Suite 320<br>Austin, TX 78731<br>800-488-7840 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/09/2021, Expected Purge Date: 12/14/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# CITATION
## THE STATE OF TEXAS
### CAUSE NO. D-1-GN-21-007022

STEPHAN HARZ

, PLAINTIFF(S)

vs.

WAL MART STORES TEXAS LLC; SWIFT TRANSPORTATION CO OF ARIZONA LLC

, DEFENDANT(S)

TO: **WAL MART STORES TEXAS, LLC**
**BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN STREET #900**
**DALLAS TX 75201**

Defendant, in the above styled and numbered cause:
YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

Attached is a copy of the **PLAINTIFFS ORIGINAL PETITION** in the above styled and numbered cause, which was filed on **December 02, 2021** in the **250th District Court** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, **December 03, 2021**

REQUESTED BY:
**GIBBS, STUART ANDREW**
**3307 NORTHLAND DR STE 320**
**AUSTIN, TX 78731-4964**
**Work: 800-488-7840**
**Fax: 888-698-7840**

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: Ruben Tamez

## RETURN

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and executed at _____ within the County of _____ on the _____ day of _____, _____, at _____ o'clock ____M., by delivering to the within named _____, each in person, a true copy of this citation together with the **PLAINTIFFS ORIGINAL PETITION** accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

Sheriff / Constable / Authorized Person

By:_____

Printed Name of Server

_____ County, Texas

Notary Public, THE STATE OF TEXAS
D-1-GN-21-007022

SERVICE FEE NOT PAID