UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **STEPHAN HARZ,** | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. A-21-CV-01151-DH |
| **WAL-MART STORES TEXAS, LLC, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** | § § § § § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the Parties' Agreed Motion to Consolidate, Dkt. 17, which the undersigned ORDERS GRANTED. It is therefore ORDERED that Civil Action Number 1:22-CV-00017-DH be CONSOLIDATED with the instant action. It is FURTHER ORDERED that this Order also be ENTERED by the clerk in 1:22-CV-00017-DH before CLOSING that cause of action. Going forward, all pleadings shall be filed in the above-entitled action.

SIGNED May 9, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE